IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELINDA CAMPEGGIO | : | |
| | : | |
| vs. | : | |
| | : | |
| UPPER POTTSGROVE TOWNSHIP | : | NO. 14-1286 |

ORDER

**AND NOW, TO WIT:** This 1st day of April 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** S/Eileen Adler
Eileen Adler
Deputy Clerk

Civ 2 (8/2000)
41(b).frm